IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DATHAN BROOKS,
Plaintiff,

v.

Case No. 18–CV–00307–JPG

KARL STORZ ENDOSCOPY-AMERICA, INC.,
Defendant.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **DATHAN BROOKS** and against Defendant **KARL STORZ ENDOSCOPY-AMERICA, INC.** on Count 1 of the Complaint in the amount of $225,000.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **KARL STORZ ENDOSCOPY-AMERICA, INC.** and against Plaintiff **DATHAN BROOKS** on Count 2 of the Complaint.

**Dated: December 16, 2019**          MARGARET M. ROBERTIE, Clerk of Court

                                                              s/Tina Gray, Deputy Clerk


**Approved: s/J. Phil Gilbert**
             **J. PHIL GILBERT**
             **UNITED STATES DISTRICT JUDGE**